# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2010

Marilyn Kelly,
Chief Justice

141811

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

RONALD VOELKER, SHARLOTTE
VOELKER, and SHYRA VOELKER,
   Plaintiffs-Appellants,

v

              SC: 141811
              COA: 291539
              Genesee CC: 08-088417-NO

HOME OFFICE REALTY,
    Defendant,
and

PROVIDENCE MORTGAGE and LEN J.
BURNS,
    Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the September 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2010       _____
                  Clerk